UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**RODERICK A. PURVIS,**

    Petitioner,

v.                                                          Case No: 5-20-cv-609-Oc-02PRL

**WARDEN, FCC COLEMAN – USP I,**

    Respondent.

_____

## ORDER DISMISSING CASE

Petitioner initiated this case on December 6, 2020 by filing a motion for earned jail credit construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* Docs. 1, 2. The Court's order (Doc. 7) instructed Petitioner to apply for pauper status or pay the filing fee within thirty days of December 6, 2020 upon pain of dismissal. However, Petitioner ignored the order and failed to pay the required filing fee or file a request to proceed as a pauper within thirty (30) days of the commencement of the case. Thus, pursuant to Local Rule 1.03(e) (authorizing *sua sponte* dismissal of prisoner cases if the filing fee or *in forma pauperis* application is not filed within 30 days of the commencement of the action), this case is dismissed without prejudice. *See also* 28 U.S.C. § 1914(a).

Should Petitioner decide to initiate a new case, he must, within thirty (30) days of the commencement of the case, pay the filing fee or request to proceed as a pauper.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** shall enter judgment and close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 28, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Pro Se Party